1104

did not enforce the rule in this case.   *Wainwright* v. *Sykes* is therefore beside the point, and I would grant certiorari.

No. 78–134.   SEXTON v. UNITED STATES, *ante,* p. 911;

No. 78–315.   NEAVEILL v. ANDOLSEK ET AL., *ante,* p. 965;

No. 78–347.   ORECK CORP. v. WHIRLPOOL CORP. ET AL., *ante,* p. 946;

No. 78–381.   HOLDING v. BVA CREDIT CORP., *ante,* p. 949;

No. 78–501.   KOROS ET UX. v. CREDIT BUREAU, INC., OF GEORGIA ET AL., *ante,* p. 966;

No. 78–5342.   JENKINS v. EVENING STAR NEWSPAPER CO., ET AL., *ante,* p. 921;

No. 78–5382.   YATES v. UNITED STATES CIVIL SERVICE COMMISSION, *ante,* p. 987;

No. 78–5417.   COLLINS v. UNITED STATES, *ante,* p. 988;

No. 78–5448.   RESTREPO-GRANDA v. UNITED STATES, *ante,* p. 935;

No. 78–5458.   WAYLAND v. TOWN OF TOPSFIELD, *ante,* p. 961;

No. 78–5602.   KEY v. GEORGIA, *ante,* p. 990;

No. 78–5603.   BLOCH ET UX. v. SUFFOLK COUNTY FEDERAL SAVINGS & LOAN ASSN., *ante,* p. 990; and

No. 78–5634.   MAHLER v. UNITED STATES, *ante,* p. 991. Petitions for rehearing denied.

No. 75–1219.   SEXTON v. SIMON, SECRETARY OF THE TREASURY, ET AL., 425 U. S. 973, and 429 U. S. 873.   Motion for leave to file second petition for rehearing denied.

No. 78–397.   GARFINKLE ET VIR v. SUPERIOR COURT OF CONTRA COSTA COUNTY (WELLS FARGO BANK ET AL., REAL PARTIES IN INTEREST), *ante,* p. 949.   Motion of Richard B. Spohn, Director of Consumer Affairs of California, for leave to file a brief as *amicus curiae* denied.   Petition for rehearing denied.